08-D-478 PMM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAEID E. JALAYER, JINOUS ATAI, NEGIN
JALAYER and SAAM JALAYER

CV 10 2285

Plaintiff(s),

Bianco, J.
Tomlinson, M.

-against-

**NOTICE OF APPEARANCE**

JOSEPHINE STIGLIANO as Executrix of the Estate
of Anthony G. Stiglinao, LONG ISLAND LIGHTING
COMPANY, D/B/A LIPA and NORTH SHORE
CESSPOOL CLEANING COMPANY, INC.,

Defendant(s).
------------------------------------------------------------------------X

TO:   THE CLERK OF AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE THAT, the firm of McCABE, COLLINS, McGEOUGH & FOWLER, LLP., hereby appears in this case as counsel for defendant, NORTH SHORE CESSPOOL CLEANING COMPANY, INC.

Dated: Carle Place, New York
       July 6, 2010

Yours truly,

McCABE, COLLINS, McGEOUGH & FOWLER, LLP.

By: _____
    PATRICK M. MURPHY (PMM 8814)
    pmurphy@mcmflaw.com
Attorneys for Defendant(s)
346 Westbury Avenue
P.O. Box 9000
Carle Place, NY  11514-9000
(516) 741-6266
Fax: (516) 873-9496

1

TO:    KNAUF SHAW, LLP.
        Attorneys for Plaintiffs
        Alan J. Knauf, Esq., of Counsel
        1125 Crossroads Building
        2 State Street
        Rochester, New York 14614
        (585) 546-8430

AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Marilyn Rivera, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides at Westbury, New York.

That on the 8 day of July, 2010, deponent served the within NOTICE OF APPEARANCE upon:

KNAUF SHAW, LLP.
Attorneys for Plaintiffs
Alan J. Knauf, Esq., of Counsel
1125 Crossroads Building
2 State Street
Rochester, New York 14614
(585) 546-8430

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Marilyn Rivera

Sworn to before me this
8 day of July, 2010.

_____
Notary Public

GLENDA VOLK
Notary Public, State of New York
No. 01VO6044978
Qualified in Nassau County
Commission Expires July 17, 2014

3

Index No. CV 10 2285

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAEID E. JALAYER, JINOUS ATAI, NEGIN JALAYER and SAAM JALAYER

                                   Plaintiff(s),

-against-

JOSEPHINE STIGLIANO as Executrix of the Estate of Anthony G. Stiglinao, LONG ISLAND LIGHTING COMPANY, D/B/A LIPA and NORTH SHORE CESSPOOL CLEANING COMPANY, INC.,

                                   Defendant(s).

## NOTICE OF APPEARANCE

McCabe Collins, McGeough & Fowler, LLP.
*Attorneys for Defendant*
*Office and Post Office Address, Telephone*
346 Westbury Avenue
PO Box 9000
Carle Place, New York 11514
(516) 741-6266

To

    Attorney(s) for

Service of a copy of the within                                                               is hereby admitted.

Dated:

                                        Attorney(s) for

Sirs:

**PLEASE TAKE NOTICE**

☐   NOTICE OF ENTRY that the within is a (certified) true copy of a                         duly entered in the office of the Clerk of the within named court on

☐   NOTICE OF SETTLEMENT that an Order of which the within is a true copy of will be presented for settlement to the HON. , one of the judges of the within named court at               on     at

Dated:

                                        Yours, etc.,

To:                              McCabe Collins, McGeough & Fowler, LLP
                                  *Attorneys for*
                                  *Office and Post Office Address, Telephone*
                                  346 Westbury Avenue
                                  P.O. Box 9000
                                  Carle Place, New York 11514
                                  (516) 741-6266