**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAEID E. JALAYER, JINOUS ATAL,
NEGIN JALAYER, and SAAM JALAYER,

                      Plaintiffs,

vs.

JOSEPHINE STIGLIANO as Executrix of the
Estate of Anthony G. Stigliano, LONG ISLAND
LIGHTING COMPANY d/b/a LIPA, and NORTH
SHORE CESSPOOL CLEANING COMPANY,
INC.
                      Defendants.
-----------------------------------------------------------X

**NOTICES OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**Civ. No. 10-cv-2285 (JFB) (AKT)**

      PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel of record for the defendant *Long Island Lighting Company* in the above-captioned action, and requests that all notices and all papers served or required to be served in this case be given to and served upon them.

Dated:  Chicago, Illinois
       April 19, 2011

                                By:    **/s/**    Bradley S. Rochlen
                                            Bradley S. Rochlen
                                            SCHIFF HARDIN LLP
                                            233 South Wacker Drive – Suite 7300
                                            Chicago, IL 60606
                                            Phone:  312.258.5524
                                            Fax:    312.258.5600
                                            brochlen@schiffhardin.com

**SERVICE LIST**

Robert C. Angelillo
Jeffrey G. Stark
MEYER, SUOZZI, ENGLISH & KLEIN , P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
*Attorneys for Defendant JOSEPHINE STIGLIANO*
*as Executor of the Estate of Anthony G. Stigliano*

Patrick M. Murphy
McCABE, COLLINS, McGEOUGH &
　FOWLER, LLP
P.O. Box 9000
346 Westbury Avenue
Carle Place, New York 11514
*Attorneys for Defendant*
*North Shore Cesspool Cleaning Company, Inc.*

Alan Knauf
KNAUF SHAW LLP
2 State Street, Suite 1125
Rochester, New York 14614
*Attorneys for Plaintiffs*