## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

**ROBERT C. ANGELILLO**, being duly sworn, deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. I reside at Nassau County, New York.

4. On March 6, 2012, I served a true and correct copy of the annexed Notice of Motion to Withdraw as Counsel and Declaration of Robert C. Angelillo, with Exhibits, upon:

> Josephine Stigliano
> 128 Wetherill Road
> Garden City, New York 11530

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, by first class mail, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 990 Stewart Avenue, Suite 300, Garden City, New York 11530 addressed to said addressees at the addresses above set forth, being the addresses designated by said addressees for that purpose.

_____
ROBERT C. ANGELILLO

Sworn to before me this
6th day of March, 2012

_____
Notary Public

JOANNE TENNER
Notary Public, State of New York
No. 01TE6118057
Qualified in Ulster County
Commission Expires Nov. 01, 20 12

804117