# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

| | | |
|---|---|---|
| ONE COMMERCE PLAZA<br>SUITE 1705<br>ALBANY, NEW YORK 12260<br>518-465-5551<br>FACSIMILE: 518-465-2033<br><br>1300 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, DC 20036<br>202-955-6340<br>FACSIMILE: 202-223-0358 | 990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NEW YORK 11530-9194<br>516-741-6565<br>FACSIMILE: 516-741-6706<br>E-MAIL: meyersuozzi@msek.com<br>WEBSITE: http://www.msek.com | 1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NEW YORK 10018-0026<br>212-239-4999<br>FACSIMILE: 212-239-1311<br><br>425 BROADHOLLOW ROAD, SUITE 405<br>P.O. BOX 9064<br>MELVILLE, NEW YORK 11747-9064<br>631-249-6565<br>FACSIMILE: 631-777-6906<br><br>ROBERT C. ANGELILLO<br>DIRECT DIAL: 516-592-5784<br>E-MAIL: RANGELILLO@MSEK.COM |

September 26, 2012

**BY ECF FILING**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court, E.D.N.Y.
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722-9014

    Re: *Jalayer et al adv. Stigliano et al*,
          EDNY Civ Act No. 10cv2285 (JFB) (AKT)

Dear Judge Tomlinson:

    It has come to our attention that Gerard Stigliano filed a letter with the Court on September 24, 2012 alleging that this firm had "filed" a "fee dispute" allegedly in violation of the Court's directive during the July 11, 2012 *in camera* hearing on the order to show cause to be relieved as counsel. He is mistaken.

    To clarify, this firm has not filed any "fee dispute" or otherwise taken any action against Mrs. Stigliano in this regard at all. Instead, as a courtesy, since, given the amount in issue, no arbitration was mandatory, we simply advised Mrs. Stigliano that she could, as an option, arbitrate our fee dispute pursuant to 22 NYCRR 137 and as provided for in our retainer agreement. This notification is not a legal proceeding and we iterate that, to date, no action or proceeding has been taken by this firm with respect to Mrs. Stigliano's outstanding attorneys' fees.

    We thank the Court for its courtesies.

Respectfully submitted,

*/s/ Robert C. Angelillo*
Robert C. Angelillo

cc: All Counsel of Record (by ECF Filing)
     Mr. Gerard Stigliano (by email)
     Mrs. Josephine Stigliano (by regular mail)

905488