CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ SEP 18 2013
BROOKLYN OFFICE

Rec'd 9/18/13

10CV-2285

Beth D. Jacob
Schiff, Hardin & Waite
900 Third Avenue
New York

NIXIE        100    FE 1009        0009/15/13
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 11201183299        *2483-07506-10-47

Mailed From 11201
09/10/2013
$00.460
US POSTAGE

*[Encrypted/garbled text block — illegible ciphertext]*

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/9/2013 at 2:53 PM EDT and filed on 9/9/2013
**Case Name:**           Jalayer et al v. Stigliano et al
**Case Number:**       2:10-cv-02285-PKC-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**STATUS REPORT ORDER: Plaintiff is directed to file a status report regarding the status of the case by 9/27/2013. Ordered by Judge Pamela K. Chen on 9/9/2013. (Abdallah, Fida)**


2:10-cv-02285-PKC-AKT Notice has been electronically mailed to:

Leslie R Bennett  lrb@leslierbennettllc.com

Russell Bertram Selman  rselman@schiffhardin.com

Bradley Scott Rochlen brochlen@schiffhardin.com

Patrick M. Murphy pmurphy@mcmflaw.com, mail@mcmflaw.com

Amy K. Kendall akendall@nyenvlaw.com, akkendall1@gmail.com

Alan Knauf aknauf@nyenvlaw.com, areichhart@nyenvlaw.com

Joseph Martin Finnerty jfinnerty@hblaw.com, kabdulla@hblaw.com

Joshua Robert More jmore@schiffhardin.com

James M. Showalter mshowalter@schiffhardin.com, jms127@columbia.edu

**2:10-cv-02285-PKC-AKT Notice will not be electronically mailed to:**

Beth D. Jacob
Schiff, Hardin & Waite
900 Third Avenue
New York, NY 10022