**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SAEID E. JALAYER, JINOUS ATAL,
NEGIN JALAYER, and SAAM JALAYER,

                           Plaintiffs,

vs.

JOSEPHINE STIGLIANO as Executrix of the       .
Estate of Anthony G. Stigliano, LONG ISLAND
LIGHTING COMPANY d/b/a LIPA, and NORTH
SHORE CESSPOOL CLEANING COMPANY,
INC.

                         Defendants.
----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF**
**BETH D. JACOB**

**Civ. No. 10-cv-2285 (JFB) (AKT)**

PLEASE TAKE NOTICE that attorney Beth D. Jacob, formerly an attorney-of-record for *Long Island Lighting Company* in the above-captioned action, is no longer affiliated with Schiff Hardin LLP, and accordingly, no longer represents Long Island Lighting Company ("LILCO") in this matter.

LILCO hereby requests that her listing as attorney-of-record on the docket for this case be withdrawn.

Russell B. Selman, Bradley S. Rochlen, Joshua R. More, and J. Michael Showalter of Schiff Hardin LLP continue as attorneys-of-record for LILCO.

Dated:  Chicago, Illinois
          September 19, 2013

                      By:      **/s/**     J. Michael Showalter     
                               J. Michael Showalter (Bar ID JS2757)
                               SCHIFF HARDIN LLP
                               666 Fifth Avenue, Suite 1700
                               New York, NY 10103
                               Phone:  312.258.5561
                               Fax:     312.258.5600
                               mshowalter@schiffhardin.com

                               *Attorney for Defendant Long Island Lighting*
                               *Company ("LILCO")*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically filed this Notice of Withdrawal of Beth

D. Jacob using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ J. Michael Showalter

J. Michael Showalter
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
Phone:  312.258.5561
Fax:     312.258.5600
mshowalter@schiffhardin.com

39559-0007
CH2\13552815.1